

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2014

No. 04-14-00145-CV

**IN THE GUARDIANSHIP ESTATE OF MARIA I. RODRIGUEZ**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2010-PC-2639
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

On July 28, 2014, this court ordered appellant to file an amended brief because the brief he filed on July 22, 2014, did not comply with Texas Rule of Appellate Procedure 38.1. Appellant filed an amended brief on August 6, 2014, which was accepted by this court. Appellees' brief then became due on September 5, 2014. On August 28, 2014, appellees filed a motion to strike the amended brief and dismiss the appeal, alleging the amended brief also does not comply with Rule 38.1.

Appellees' motion to strike appellant's amended brief and dismiss this appeal is DENIED. Appellees are reminded that their brief remains due no later than September 5, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court